AO245D (Rev. 7/04) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | (For Offenses Committed On or After 11/1/87) |
| RUSTY JOHN-WILLIAM ROE | |
| | Case No. 1:01-cr-131-01 |
| | Robert N. Swartz |
| | Defendant's Attorney |

**THE DEFENDANT:**

■  admitted guilt to violations numbered One, Two, Three and Four of the term of supervision.

❑  was found in violation of condition(s) ** after denial of guilt.

**ACCORDINGLY**, the Court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Unlawful possession/use of cocaine | February 15, 2006 |
| Two | Failed to appear for scheduled urinalysis | February 11, 2006 |
| Three | Possession/use of cocaine | February 15, 2006 |
| Four | Failed to observe the rules at KPEP | February 16, 2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: April 25, 2006

          /s/Gordon J. Quist          
           GORDON J. QUIST
Dated:  April 26, 2006          UNITED STATES DISTRICT JUDGE

Judgment--Page 2 of 2
Defendant: RUSTY JOHN-WILLIAM ROE
Case Number: 1:01-cr-131-01

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixteen (16) months** with no supervised release to follow.

■ The court makes the following recommendations to the Bureau of Prisons: the Defendant participate in the 40 hour drug treatment program.

■ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district
    ☐ at ** a.m./p.m. on **.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on **.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

_____
United States Marshal

By_____
Deputy Marshal